at Special Term. No opinion. Present — Finch, P. J., Martin, O'Malley,. Sherman and Townley, JJ.

ANTHONY TRIMARCHI, Respondent, v. G. RICHARD DAVIS & Co., INC., and TAYLOR FICHTER STEEL CONSTRUCTION Co., INC., Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARJORIE A. WARREN, Respondent, v. ELIZABETH LONERGAN, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

AMPERITE CORPORATION, etc., and HERMAN HESSBERG, as Sheriff of the County of Kings, Respondents, v. G. J. SEEDMAN Co., INC., etc., Appellant.— Judgment affirmed, with · costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES M. RIEDELL, Respondent, v. WELLS-NEWTON NATIONAL CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MISSOURI STATE LIFE INSURANCE COMPANY, a Corporation, Plaintiff, v. ADELAIDE M. WEISBROD, Administratrix d. b. n. of JACOB H. WEISBROD, Deceased, Appellant, and HELEN V. CONNOR, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB BERNSTEIN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER GAROFALO, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ESTATE PROPERTY CORPORATION, Appellant, v. HUDSON COAL COMPANY, Respondent.— Order and judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [139 Misc. 808.]

LABOURNE FABRICS, INC., Appellant, v. ABRAHAM GALINSON and Others, Individually and as Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CENTRAL HANOVER BANK AND TRUST COMPANY, as Administrator, etc., of JOHN PRANGE, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

VINCENZO RELLA, Respondent, v. NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment and orders reversed, with costs, and motion denied, with ten dollars costs, on the ground that there are triable issues of fact. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DANIEL L. CROWLEY, Doing Business as CROWLEY TAR PRODUCTS COMPANY, Respondent, v. LAWRENCE M. VAN DOLEN and THOMAS SEALY, INC., Appellants. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KAMBANIS,